Furman, J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/23/2018
```

## EXHIBIT A

## UNITED STATE DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REBECCA CASTILLO, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> J. CREW GROUP, INC., <br><br> Defendant. | Case No. 17-cv-08437 (JMF) <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made and each party to bear its or their own fees and costs.

Date: January 12, 2018

Javier L. Merino, Esq.
DANNLAW
1 Meadowlands Plaza, Suite 200
East Rutherford, NJ 07073
E-mail: jmerino@dannlaw.com
Phone: (201) 355-3440
*Attorneys for Plaintiff*

SO ORDERED:

Hon. Jesse M. Furman

Joshua A. Stein, Esq.
EPSTEIN, BECKER & GREEN, P.C.
250 Park Ave.
New York, NY 10177
Email: jstein@ebglaw.com
Phone: (212) 351-4660
*Attorneys for Defendant*

Date: January 23, 2018

18